FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 07 MAY 18 PM 3:04
ORLANDO DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO. 6:07-CV-841-ORL-22-UAM

THOMAS B. LUKA,

Plaintiff,

vs.

THE CITY OF ORLANDO, a Municipal corporation, and ANTHONY MILLER, in his Individual capacity,

Defendants.

_______________________________/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C § 1441, and 28 U.S.C. § 1443, the Defendant, THE CITY OF ORLANDO, by and through its undersigned attorneys, files and serves its Notice of Removal of this civil action from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. In support thereof, the Defendant states:

## PRELIMINARY FACTS

1. This is a civil for alleged violations and deprivations of constitutional rights brought pursuant to 42 U.S.C. § 1983.

2. The Plaintiff, THOMAS B. LUKA, has filed a civil action against THE CITY OF ORLANDO and ANTHONY MILLER in the Circuit Court of the

Ninth Judicial Circuit, in and for Orange County, Florida, said case bearing Case No. 48-2007-CA-005272.

**FEDERAL JURISDICTION**

3. This court has jurisdiction of this cause pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws, or treaties of the United States. Moreover, this action is removable, as 28 U.S.C. § 1443 states:

> Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> > (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;
> >
> > (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

**TIMELINESS OF REMOVAL**

4. This notice of removal is timely, as it has been filed within 30 days of the service of the Summons and Complaint on the Defendants, THE CITY OF ORLANDO.

**CONSENT TO REMOVAL**

5. The undersigned represents and has consulted with THE CITY OF ORLANDO and ANTHONY MILLER regarding removal of this action to United States District Court for the Middle District of Florida, Orlando Division. Both Defendants consent and agree to removal of this case from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States

District Court for the Middle District of Florida, Orlando Division, and the undersigned is authorized to represent their consent to the Court.

**STATE COURT PLEADINGS**

6. The Defendant, THE CITY OF ORLANDO, has filed true and legible copies of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, which have been filed in the state court action. An index to these papers is attached hereto as Exhibit "A."

WHEREFORE, the Defendant, THE CITY OF ORLANDO, respectfully request that this cause be removed to the United States District Court for the Middle District of Florida, Orlando Division.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via U.S. Mail this 18 day of **May, 2007** to: **HOWARD S. MARKS, ESQ.,** *Graham, Builder, Jones, Pratt & Marks, LLP,* 369 North New York Avenue, P. O. Box 1690, Winter Park, Florida 32790.

**Robert E. Bonner, Esquire**
Florida Bar No.: 327875
Meier, Bonner, Muszynski,
O'Dell & Harvey, P.A.
37 N. Orange Avenue, Suite 1100
Orlando, Florida 32802
Telephone: (407) 872-7774
Facsimile: (407) 872-7997
E-Mail: REB@fltrialteam.com
Attorneys for Defendants