**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS B. LUKA**

**Plaintiff,**

**-vs-** **Case No. 6:07-cv-841-Orl-22GJK**

**ANTHONY MILLER,**

**Defendant.**

---

# JUDGMENT IN A CIVIL CASE

This action came on for jury trial before the Honorable Anne C. Conway, Chief United States District Judge, presiding, and the issues having been tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits and that the defendants recover from the Plaintiff it's costs of action

Date: July 2, 2009

ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party