# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS B. LUKA,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-841-Orl-22GJK**

**THE CITY OF ORLANDO and**
**ANTHONY MILLER,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Magistrate Judge's Report and Recommendation (Doc. No. 109 ) filed September 23, 2011.

The United States Magistrate Judge has submitted a report recommending that costs and fees be awarded to Defendants in the total amount of $119,038.58.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed September 23, 2011 (Doc. No. 109) is ADOPTED and CONFIRMED and made a part of this Order.

2. The City of Orlando and Anthony Miller are hereby awarded $6,898.58 in costs, and $112,140.00 for attorneys' fees, for a total amount of **$119,038.58.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge